

# Fourth Court of Appeals
## San Antonio, Texas

October 14, 2015

No. 04-15-00491-CR

Ex Parte Jessica **CASTILLO**,
Appellant

From the County Court at Law No. 4, Bexar County, Texas
Trial Court No. 475264
Honorable Jason Garrahan, Judge Presiding

## O R D E R

This is an appeal from an order denying an application for a writ of habeas corpus based on a claim of double jeopardy. On September 29, 2015, the court reporter responsible for preparing the reporter's record filed a notification of late record, stating that appellant has failed to pay or make arrangements to pay the fee for preparing the reporter's record. On October 1, 2015, we ordered appellant to file written proof, within ten days of our order, that either (1) the reporter's fee had been paid or arrangements had been made to pay the reporter's fee; or (2) the appellant was entitled to appeal without paying the reporter's fee. On October 9, 2015, appellant filed a letter in response to our order. In the letter, appellant explains that she has pleaded guilty to DWI in the underlying trial court case, and agreed to a term of probation to run concurrent with trial court cause numbers 458109 and 458110 (appellate court case number 04-15-00207-CR and 04-15-00208-CR), and appellant's sentencing is set for November 13, 2015. Appellant further states that she intends to dismiss this appeal once her sentencing takes place, and requests that this appeal be abated pending sentencing in the trial court.

Appellant's request for an abatement of this appeal is GRANTED, and this appeal is ABATED. All appellate deadlines are suspended pending further order of this court. **Appellant is ORDERED to advise this court in writing of the status of appellant's sentencing <u>no later than December 1, 2015</u>.**

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of October, 2015.

_____
Keith E. Hottle
Clerk of Court